UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER M. PARKER,

    Plaintiff,                                     Case No: 1:12-cv-1399

v.                                                  HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 27, 2014, recommending that this Court reverse and remand the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) for further factual findings. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and REMANDED.

A Judgment will be entered consistent with this Order.


Dated: February 19, 2014                                  /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                             United States District Judge