UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER M. PARKER,

        Plaintiff,                                Case No. 1:12-cv-1399

v.                                              HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 7, 2014, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 21) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded three-thousand, five-hundred, twenty-five dollars and zero cents ($3,525.00) in fees, which shall be paid directly to Plaintiff.

Dated: September 2, 2014                            /s/Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge